IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Visteon Corporation,

    Plaintiff,

  v.                                    No.: 4:16-cv-11180-TGB-EAS

Timothy D. Leuliette,             Hon. Terrence G. Berg

    Defendant.
_____/

## INDEX OF EXHIBITS TO DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT CONFIRMING ARBITRATION AWARD

| Exhibit | Description |
|---|---|
| 1 | Arbitration Agreement |
| 2 | Appointment of Arbitrator |
| 3 | Arbitration Award |