**In the Matter of Arbitration Between:**

Re:
Case Number: 01-16-0000-5692

Timothy D. Leuliette
-vs-
Visteon Corporation

CASE ADMINISTRATOR: Mary Jara

---

**NOTICE OF APPOINTMENT**

To: Martin C. Weisman, Esq.

> It is most important that the parties have complete confidence in the arbitrator's impartiality. Therefore, please disclose any past or present relationship with the parties, their counsel, or potential witnesses, direct or indirect, whether financial, professional, social or of any other kind. This is a continuing obligation throughout your service on the case and should any additional direct or indirect contact arise during the course of the arbitration or if there is any change at any time in the biographical information that you have provided to the AAA, it must also be disclosed. Any doubts should be resolved in favor of disclosure. If you are aware of direct or indirect contact with such individuals, please describe it below. Failure to make timely disclosures may forfeit your ability to collect compensation. The Association will call the disclosure to the attention of the parties.

You will not be able to serve until a duly executed Notice of Appointment is received and on file with the Association. Please review the attached Disclosure Guidelines and, after conducting a conflicts check, answer the following questions and complete the remainder of this Notice of Appointment:

1. Do you or your law firm presently represent any person in a proceeding involving any party to the arbitration?   YES   **(NO)**

2. Have you represented any person against any party to the arbitration?   YES   **(NO)**

3. Have you had any professional or social relationship with counsel for any party in this proceeding or the firms for which they work?   YES   **(NO)**

4. Have you had any professional or social relationship with any parties or witnesses identified to date in this proceeding or the entities for which they work?   YES   **(NO)**

5. Have you had any professional or social relationship of which you are aware with any relative of any of the parties to this proceeding, or any relative of counsel to this proceeding, or any of the witnesses identified to date in the proceeding?   YES   **(NO)** 

6. Have you, any member of your family, or any close social or business associate ever served as an arbitrator in a proceeding in which any of the identified witnesses or named individual parties gave testimony?   YES   **(NO)** 

7. Have you, any member of your family, or any close social or business associate been involved in the last five years in a dispute involving the subject matter contained in the case, which you are assigned?   YES   **(NO)** 

8. Have you ever served as an expert witness or consultant to any party, attorney, witness or other arbitrator identified in this case?  YES  **NO**

9. Have any of the party representatives, law firms or parties appeared before you in past arbitration cases?  YES  **NO**

10. Are you a member of any organization that is not listed on your panel biography that may be relevant to this arbitration?  YES  **NO**

11. Have you ever sued or been sued by either party or its representative?  YES  **NO**

12. Do you or your spouse own stock in any of the companies involved in this arbitration?  YES  **NO**

13. If there is more than one arbitrator appointed to this case, have you had any professional or social relationships with any of the other arbitrators?  YES  **NO**

14. Are there any connections, direct or indirect, with any of the case participants that have not been covered by the above questions?  YES  **NO**

Should the answer to any question be "Yes", or if you are aware of any other information that may lead to a justifiable doubt as to your impartiality or independence or create an appearance of partiality, then describe the nature of the potential conflict(s) on an attached page.

**Please indicate one of the following:**

 I have conducted a check for conflicts and have **nothing to disclose**.

_____ I have conducted a check for conflicts and have **made disclosures on an attached sheet**.

# THE ARBITRATOR'S OATH

State of                 SS:

County of

I attest that I have reviewed the panel biography which the American Arbitration Association provided to the parties on this case and confirm it is current, accurate and complete.

I attest that I have diligently conducted a conflicts check, including a thorough review of the information provided to me about this case to date, and that I have performed my obligations and duties to disclose in accordance with the Rules of the American Arbitration Association, Code of Ethics for Commercial Arbitrators and/or all applicable statutes pertaining to arbitrator disclosures.

I understand that my obligation to check for conflicts and make disclosures is ongoing for the length of my service as an arbitrator in this matter, and that failing to make appropriate and timely disclosures may result in my removal as arbitrator from the case and/or my removal from the AAA's Roster of Neutrals.

The Arbitrator being duly sworn, hereby accepts this appointment, and will faithfully and fairly hear and decide the matters in controversy between the parties in accordance with their arbitration agreement, the Code of Ethics, and the rules of the American Arbitration Association will make an Award according to the best of the arbitrator's understanding.

Dated: 9/1/16          Signed: _[signature] C. Weum_

Sworn before me this ~~day of, 20~~
1st day of September, 2016

_[signature] Penny M. Cottrill_

**PENNY M. COTTRILL**
Notary Public, Oakland County, Michigan
Acting in Oakland County, Michigan
My Commission Expires August 18, ~~2016~~ 2022