# EXHIBIT 3

## (LEAVE TO FILE UNDER SEAL REQUESTED)